1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10

11

JESSE AYRES,                                    CASE NO. 3:23-cv-05376-DGE

                    Plaintiff,              ORDER ON STIPULATED
12                                          MOTION TO SEAL
          v.                                (DKT. NO. 16)

13

LIFE INSURANCE COMPANY OF
14   NORTH AMERICA,

15                    Defendant.

16

          This matter comes before the Court on the parties' stipulated Motion to File Documents
17
from ERISA Administrative Record Under Seal.  (Dkt. No. 16.)
18
          The parties contend the documents contained in the Employee Retirement Income
19
Security Act ("ERISA") administrative record "contain[] extensive private records stretching
20
over several years and [include] discussion of Mr. Ayres' medical and financial information."
21
(*Id*. at 2.)
22
          The "need to protect medical privacy qualifies in general as a 'compelling reason'" to
23
protect medical records and file them under seal.  *Karpenski v. Am. Gen. Life Companies, LLC*,
24

2013 WL 5588312, at *1 (W.D. Wash. Oct. 9, 2013) (quoting LCR 5(g) and *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006)).

Having reviewed the Motion and the remainder of the record, the Court hereby finds good cause and compelling reasons for the ERISA administrative record to be filed under seal. Therefore, the stipulated Motion to File Documents from ERISA Administrative Record Under Seal (Dkt. No. 16) is GRANTED.

Dated this 14th day of September 2023.

David G. Estudillo
United States District Judge

ORDER ON STIPULATED MOTION TO SEAL
(DKT. NO. 16) - 2