UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JESSE AYRES,<br><br>                    Plaintiff,<br><br>     v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>                    Defendant. | CASE NO. 3:23-cv-05376-DGE<br><br>ORDER ON STIPULATED MOTION TO STRIKE BRIEFING DEADLINES (DKT. NO. 29) |

Having reviewed the parties' joint submission and good cause appearing, the Court hereby ORDERS that the parties' stipulated motion to strike existing briefing deadlines is granted as follows:

The briefing schedule set forth in the Court's prior case management order (Dkt. No. 28) is hereby stricken.

A new briefing schedule, if necessary, will be set following the Court's resolution of Defendant's motion for judgment on the pleadings (Dkt. No. 18).

Dated this 24th day of January 2024.

                                        David G. Estudillo
                                        United States District Judge