UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JESSE AYRES,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　　　　Defendant. | CASE NO. 3:23-cv-05376-DGE<br><br>ORDER ON STIPULATED DISMISSAL<br>(DKT. NO. 40) |

Pursuant to the parties' stipulation (Dkt. No. 40) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims asserted in this action are DISMISSED with prejudice and without an award of costs or attorneys' fees to either party.  The Clerk is respectfully directed to CLOSE this case.

DATED this 24th day of June 2024.

*[signature]*

David G. Estudillo
United States District Judge

ORDER ON STIPULATED DISMISSAL
(DKT. NO. 40) - 1